EQUAL EMPLOYMENT OPPORTUNI-
TY COMMISSION, Plaintiff-
Appellant,

v.

CHILDREN'S HOSPITAL MEDICAL
CENTER OF NORTHERN CALI-
FORNIA, Defendant-Appellee.

No. 80–4572.

United States Court of Appeals,
Ninth Circuit.

April 7, 1983.

Warren B. Duplinsky, Washington, D.C.,
for plaintiff-appellant.

Kent Jonas, Corbett, Kane & Berk, San
Francisco, Cal., for defendant-appellee.

Before BROWNING, Chief Judge,
WRIGHT, CHOY, GOODWIN, WALLACE,
SNEED, KENNEDY, ANDERSON, HUG,
TANG, SKOPIL, SCHROEDER, FLETCH-
ER, FARRIS, PREGERSON, ALARCON,
POOLE, FERGUSON, NELSON, CANBY,
BOOCHEVER, NORRIS and REIN-
HARDT, Circuit Judges.

ORDER

Upon the vote of a majority of the regu-
lar active judges of this court, it is ordered
that this case shall be reheard by an en
banc panel of the court pursuant to Rule 25
of the Rules of the United States Court of
Appeals for the Ninth Circuit. The previ-
ous three-judge panel assignment, 695 F.2d
412, is hereby withdrawn.